**In the Interest of G.S.**

**No. ED 86463.**

Missouri Court of Appeals,
Eastern District,
Division Five.

May 16, 2006.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 20, 2006.

Adrienne L. Schaffer–James, David A. Shaller, Clayton, MO, for appellant.

John R. Bird, St. Louis, MO, for respondent.

## ORDER

PER CURIAM.

Mother and Father appeal the judgment terminating their parental rights with respect to G.S. The judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. We affirm the judgment in accordance with Rule 84.16(b).